Mod AO 442 (09/13) Arrest Warrant    AUSA Name & Telno: Christopher J. DiMase; (212) 637-2433

## UNITED STATES DISTRICT COURT
for the
Southern District of New York

United States of America
v.
MARK S. SCOTT,

Case No. S6 17 Cr. 630

18-5064-JGD

Defendant

### ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested) MARK S. SCOTT,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
Money laundering conspiracy

Date: 08/21/2018

_____
Issuing officer's signature

City and state: New York, NY

Robert W. Lehrburger
Printed name and title

| Return |
|---|
| This warrant was received on (date) _____, and the person was arrested on (date) _____ at (city and state) _____. |
| Date: _____    Arresting officer's signature _____    Printed name and title _____ |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) Case No. 18-5064
)
Mark S. Scott, )
Defendant )

### AFFIDAVIT IN SUPPORT OF ARREST

I, Ronald Shimko, Special Agent, Federal Bureau of Investigation, do hereby make oath before the Honorable Judith G. Dein, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one Mark S. Scott on an indictment filed in the Southern District of New York charging the defendant with Conspiracy to Commit Money Laundering, pursuant to 18 U.S.C. § 1956(h), and I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above. A copy of said warrant is attached.

RONALD SHIMKO
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this 5th day of September, 2018.

HON. JUDITH G. DEIN
United States Magistrate Judge